PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEREK MORTLAND, | ) |
| | ) CASE NO. 5:21-CV-1311 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| CPX CANTON AIRPORT LLC, *et al.*, | ) |
| | ) **ORDER** |
| Defendants. | ) |
| | ) |

On March 8, 2023, Plaintiff's and Defendants' counsel jointly notified the Court in the above-captioned matter that the parties reached a settlement on March 8, 2023. Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before April 5, 2023, the parties shall submit an executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

All upcoming case management and trial dates are vacated.

IT IS SO ORDERED.

March 8, 2023 　　　　　　　　　　　　　　　　/s/ Benita Y. Pearson
Date 　　　　　　　　　　　　　　　　　　　　Benita Y. Pearson
　　　　　　　　　　　　　　　　　　　　　　United States District Judge